**September 25, 2010**

Mack v. Bridgeport, No. 06-CV-957(RNC)

Re: Motion for Reconsideration (doc. 67):

Denied.  The standard for granting a motion for reconsideration is "strict."  Shrader v. CSX Transp., 70 F.3d 255, 257 (2d Cir. 1995).  "[R]econsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked - matters, in other words, that might reasonably be expected to alter the conclusion reached by the court."  Id. Plaintiff does not meet this strict standard.  Rather, she seeks to relitigate matters that the Court previously considered, as the defendants correctly argue in their objection.  Accordingly, the motion for reconsideration is hereby denied.  So ordered.

                                                /s/ Robert N. Chatigny
                                               Robert N. Chatigny, U.S.D.J.